AUSA Glen G. McGorty
212-637-2505

(Rev. 6/82)

# WARRANT FOR ARREST

| | |
|---|---|
| United States District Court | DISTRICT: SOUTHERN DISTRICT OF NEW YORK |
| UNITED STATES OF AMERICA v. JULIO ANTONIO ALFONSECA-ROSA, a/k/a "Christian," a/k/a "Primo," a/k/a "Mayimbe" | DOCKET NO. 03 CRIM. 1180 / MAGISTRATE'S CASE NO. |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED: JULIO ANTONIO ALFONSECA-ROSA, a/k/a "Christian," a/k/a "Primo," a/k/a "Mayimbe" |
| WARRANT ISSUED ON THE BASIS OF: ☐ Order of Court ☒ Indictment ☐ Information ☐ Complaint | DISTRICT OF ARREST: 1:06M 42M |
| TO: ANY AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

Narcotics Trafficking Conspiracy

| IN VIOLATION OF | UNITED STATES CODE TITLE | SECTION |
|---|---|---|
| | 21 | 846 |

| | | |
|---|---|---|
| BAIL | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE) s/ Ronald L. Ellis | DATE ORDERED |
| CLERK OF COURT | (BY) DEPUTY CLERK | DATE ISSUED |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| | | |
|---|---|---|
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE EXECUTED | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.

2/ /-7/

03 CRIM. 1180

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA, : **SEALED INDICTMENT**

- v. - : 03 CR. ______

JULIO ANTONIO ALFONSECA-ROSA, :
a/k/a "Christian,"
a/k/a "Primo," :
a/k/a "Mayimbe,"
:
Defendant.
:

- - - - - - - - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

1. From in or about December 2002, up to and including on or about March 2003, in the Southern District of New York and elsewhere, JULIO ANTONIO ALFONSECA-ROSA, a/k/a "Christian," a/k/a "Primo," a/k/a "Mayimbe," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and object of said conspiracy that JULIO ANTONIO ALFONSECA-ROSA, a/k/a "Christian," a/k/a "Primo," a/k/a "Mayimbe," the defendant, and others known and unknown, would and did possess with intent to distribute a controlled substance, to wit, 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, in violation of Sections 812, 841(a)(1) and 841(b)(1)(A) of Title 21 of the

United States Code.

Overt Acts

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York:

a. On or about December 12, 2003, JULIO ANTONIO ALFONSECA-ROSA, a/k/a "Christian," a/k/a "Primo," a/k/a "Mayimbe," the defendant, while in New York, spoke by telephone to a co-conspirator not named as a defendant herein ("CC-1") in the Dominican Republic concerning a narcotics transaction.

b. On or about March 4, 2003, JULIO ANTONIO ALFONSECA-ROSA, a/k/a "Christian," a/k/a "Primo," a/k/a "Mayimbe," the defendant, possessed at least 5 kilograms of cocaine in Maryland traveling en route to New York City.

c. On or about March 5, 2003, JULIO ANTONIO ALFONSECA-ROSA, a/k/a "Christian," a/k/a "Primo," a/k/a "Mayimbe," the defendant, while in New York, spoke by telephone to CC-1 in the Dominican Republic concerning his narcotics arrest the previous day.

(Title 21, United States Code, Section 846.)

FOREPERSON

JAMES B. COMEY
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

**- v. -**

**JULIO ANTONIO ALFONSECA-ROSA,**
**a/k/a "Christian,"**
**a/k/a "Primo,"**
**a/k/a "Mayimbe,"**

Defendant.

---

**SEALED INDICTMENT**

03 Cr.

(Title 21, United States Code, Section 846.)

JAMES B. COMEY
United States Attorney.

A TRUE BILL

Foreperson.