AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF Rhode Island

US
v.
Julio Alfonseca-Rosa

**APPEARANCE**

Case Number: 1:06-M-42M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Mr. Alfonseca-Rosa

I certify that I am admitted to practice in this court.

4-27-06
Date

[signature]
Signature

Kevin J. Fitzgerald 5775
Print Name Bar Number

10 Weybossett Street, Suite 300
Address

Providence RI 02903
City State Zip Code

(401) 528-4281 (401) 528-4285
Phone Number Fax Number