IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
vs. : MISC. NO.1:06-M-42M
:
JULIO ANTONIO ALFONSECA-ROSA :

ORDER OF REMOVAl

After a hearing it is hereby ordered that defendant Julio Antonio Alfonseca-Rosa be removed forthwith in the custody of the United States Marshal's Service to the United States District Court for the Southern District of New York held in Manhattan.

Per Order,

Deputy Clerk

ENTER:

DAVID L. MARTIN
United States Magistrate Judge

DATE: 5-1-06