**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**Date: May 1, 2006**

**IN RE: JULIO ANTONIO ALFONSECA-ROSA**
**RI Case # 1:06-M-42M**

**Clerk's Office**

120 Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Your Docket #03 CRIM 1180**

**Enclosed herein please find original/certified copies of the following:**

**[ X] Warrant of Arrest and Indictment**

**[] Complaint**

**[X] Order appointing counsel**

**[] CJA 20 - Appointment of Counsel under CJA**

**[] Order setting bail**

**[] Appearance Bond**

**[] Order setting conditions of release**

**[X] Waiver of Identity Hearing/Removal Hearing**

**[] Detention Order**

**[X] Commitment to Another District (AO 94)**

**[X] Order of Removal**

**[X] Copy of docket entries from this district**

**[X] Other: Entry of Appearance**

**Please acknowledge receipt of the above documents on the enclosed copy of this transmittal letter and return to this office**

**Clerk's Office**

**U.S. District Court for the District of Rhode Island**

**John O. Pastore Building, Room 234**

**Two Exchange Terrace**

**Providence, Rhode Island 02903**

*Martha Saucier*

**Deputy Clerk**